**Order filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00010-CV
_____

**WENDY SCHREIBER, Appellant/Cross-Appellee**

**V.**

**STATE FARM LLOYDS, Appellee/Cross-Appellant**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2012-03419**

---

## ORDER

On August 8, 2014, the parties filed an agreed motion to set a briefing schedule in this appeal. Before our ruling on the motion issued, appellant/cross-appellee filed a motion for a six-day extension of time to file her opening brief until August 18, 2014. We **GRANT** both motions and issue the following order:

**Schreiber's Appellant's brief filed August 18, 2014 is deemed timely;**

**State Farm's combined Appellee's brief and Cross-Appellant's brief is due October 20, 2014;**

**Schreiber's combined Cross-Appellee's Brief and Appellant's Reply Brief is due November 20, 2014; and**

**State Farm's reply brief on its cross-appeal is due December 19, 2014.**

It is so ORDERED.


PER CURIAM